**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (CAMDEN)**

| | |
|---|---|
| **START CDL, INC.**<br><br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF TRANSPORTATION; FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION**<br><br>and<br><br>**DEREK D. BARRS, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration**<br><br>*Defendants* | Civil Action No. 1:26-cv-12902 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Start CDL, Inc. hereby gives notice of the voluntary dismissal of this action without prejudice as to all Defendants: the Federal Motor Carrier Safety Administration, the United States Department of Transportation, and Derek D. Barrs, in his official capacity as Administrator of the Federal Motor Carrier Safety Administration. This Notice is filed before any Defendant has served an answer or a motion for summary judgment. Accordingly, dismissal is without prejudice and is effective upon filing of this Notice.

Dated: October 21, 2026

Respectfully Submitted,

**KAMINSKY LAW, LLC**

Anton Kaminsky, Esquire
William T. Dudeck, Esquire
NJ Atty IDs: 211632016; 041922001
207 Buck Road, Suite 2
Southampton, PA 18966
(215) 876-0800
anton@kaminskylaw.com
*Attorneys for Plaintiff,*
*Start CDL, Inc.*

**CERTIFICATE OF SERVICE**

I, Anton Kaminsky, certify that on October 21, 2026, I caused a true and correct copy of Plaintiff's *Notice of Voluntary Dismissal Without Prejudice*, to be served upon the following parties via email and regular mail:

**Federal Motor Carrier Safety Administration**
1200 New Jersey Avenue SE
Washington, DC 20590
TPR@dot.gov

**United States Department of Transportation**
1200 New Jersey Avenue, SE
Washington, DC 20590
Transportation.RegulatoryInfo@dot.gov

**Derek D. Barrs**
Federal Motor Carrier Safety Administration
U.S. Department of Transportation
1200 New Jersey Avenue, SE
Washington, DC 20590
FMCSA.PublicAffairs@dot.gov;
TPR@dot.gov

Respectfully Submitted,

**KAMINSKY LAW, LLC**

Dated: October 21, 2026

Anton Kaminsky, Esquire
NJ Atty ID: 211632016
207 Buck Road, Suite 2
Southampton, PA 18966
(215) 876-0800
anton@kaminskylaw.com
*Attorney for Plaintiff,*
*Start CDL, Inc.*